**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **CRIMINAL NO. 19-CR-00027 (ESH)** |
| **TREVONTA BARNES,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

In a hearing before Magistrate Judge Robinson on October 28, 2019, defendant Trevonta Barnes entered a plea of guilty.  On that date, the magistrate judge issued a Report and Recommendation advising the Court to accept defendant's plea.  (*See* Report & Recommendation, ECF No. 83.)  The Court has received no objection to the Report and Recommendation.  *See* Local Crim. R. 59.2(b) ("Any party may file for consideration by the district judge written objections to the magistrate judge's proposed findings and recommendations . . . within 14 days after being served with a copy thereof.").  Accordingly, the Court hereby adopts the recommendation of the magistrate judge and accepts defendant's guilty plea.



ELLEN S. HUVELLE
United States District Judge

Date:   November 12, 2019